UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIN OK SO and JINGZI LI, *individually and on behalf of others similarly situated,* <br><br> *Plaintiff,* <br><br> - against – <br><br> SPA CASTLE INC., SPA CASTLE PREMIER 57 INC., SPA CASTLE TEXAS INC. and STEVE S. CHON, <br><br> *Defendants.* | Case No.: 21-cv-03062 <br><br><br> **JUDGMENT** |

On June 2, 2022, Plaintiffs filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows: That Plaintiffs, MIN OK SO and JINGZI LI have judgment against Defendants SPA CASTLE INC., SPA CASTLE PREMIER 57 INC., SPA CASTLE TEXAS INC. and STEVE S. CHON, jointly and severally, in the amount of $80,000.00 (Eighty Thousand Dollars and No Cents) which is inclusive of interest, attorneys' fees and costs.

Dated: _____, 2022

SO ORDERED,

_____
Hon. J. PAUL OETKEN
United States District Judge